IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| One U.S. Mail Priority Parcel | ) | |
|---|---|---|
| Bearing Tracking Number (P) | ) | |
| 9505 5156 2987 5318 2062 81 | ) | 3:25-sw- 235 |
| Located in Richmond, Virginia | ) | |


FILED
Dec 03 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR A SEARCH WARRANT**

This is an affidavit submitted in support of an Application for a Search Warrant for one Subject U.S. Mail Parcel (hereinafter, the "Subject Parcel"). The Subject Parcel is currently located in Richmond, Virginia, which is within the Eastern District of Virginia. The **Subject Parcel is specifically identified as follows:**

| Subject Parcel | Priority Mail Express (E), Priority (P), First Class (F), Ground Advantage (G) or Registered (R) Tracking ID Number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 1 | (P) 9505 5156 2987 5318 2062 81 | Cosmetic Solutions 117 Wilson Street, Farmville, VA 23901 | Kelse Springer 6011 Miles Road, Powhatan, VA 23139 |

*Affiant and Background*

I, Austin L. Albright, being duly sworn, hereby depose and state:

1. I am a certified police officer employed full time with the Virginia State Police and hold the rank of Special Agent. I am currently assigned as a Task Force Officer with the United States Postal Inspection Service ("USPIS") assigned in the Richmond, Virginia, Domicile. I am authorized to investigate criminal and civil matters related to the United States

1

Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector. I have been employed as a sworn officer with the Virginia State Police since February 2015 and have worked the drug interdiction field with the Virginia State Police from 2017 until January 2020. I was employed with the Texas Highway Patrol in January 2020 until I returned to the Virginia State Police in June 2022. I have been with the Virginia State Police since June 2022. My work has included highway drug interdiction and parcel interdiction at other commercial parcel businesses. I have received formal training in conducting criminal investigations into drug trafficking and money laundering organizations that utilize the United States Postal Service ("USPS"). During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity involving violations of both federal and state law.

2. The facts and information contained in this affidavit are based on my personal knowledge, as well as that of the other agents involved in this investigation. All observations that were not made personally by me were relayed to me by the persons who made the observations. Sources of information used routinely in this process also include verifying zip codes through a public database maintained by the U.S. Postal Service (i.e., USPS.com) and checking associations between names and addresses in law enforcement databases, namely CLEAR. This affidavit contains only that information necessary to establish probable cause in support of an application for a search warrant for the Subject Parcel. This affidavit is not intended to include each and every fact and matter observed by, or made known to, agents of the government.

3. Based on my training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many packages that contain

narcotics and controlled substances. In addition to the drugs themselves, the packages often contain other evidence of drug-related crime.

4. <u>Priority Mail Express and Priority Mail</u>. While there are many characteristics that experienced inspectors look for, the most common factors or suspicious characteristics routinely observed in the course of screening packages involve the use of Priority Mail Express and Priority Mail, that is, contrasts observed between legitimate business parcels and drug parcels with regard to the use of Priority Mail Express and Priority Mail:

    a. *Priority Mail Express*: As alternatives to First Class Mail, the U.S. Postal Service offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight. (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information and can opt for a signature requirement at the other end or not. Customers can track the parcel online by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail.

    b. *Priority Mail*: Priority Mail has a delivery service standard of two to four business days, but is not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express, but still provides the ability to track a parcel.

    c. *Ground Advantage:* Ground Advantage packages are delivered in two to five business days and USPS tracking service is included in the price.

    d. Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the

mailing, in contrast to the drug distributor who will pay at the counter with cash or a credit card. Business Priority Mail Express parcels typically weigh no more than eight ounces, and business Priority Mail parcels typically weigh no more than two pounds. Drug packages typically exceed these weights. In my experience, one can separate out smaller parcels, which constitute a large percentage of all Priority Mail Express and Priority Mail parcels, from other parcels. Address labels on business parcels are typically typed, and address labels on drug packages are typically hand-written. Typically, drug traffickers using Priority Mail Express will opt out of the signature requirement.

5. <u>Invalid Sender/Return Address.</u> When drugs are shipped through the mails, the senders generally do not want them back. To distance themselves from parcels containing drugs, the return addresses and the names of senders are often fictitious or false. A fictitious or false address can be anything from an incorrect zip code to a non-existent house number or street. The name of the sender is also typically invalid. Often a search of the CLEAR database reflects that there is no association between the name of the sender and the address provided. In other instances, the shippers will use stolen identities on the return address.

6. <u>Invalid Recipient/Address.</u> It may appear counterintuitive and counterproductive to put the wrong receiving address on a package, but often the named recipient is not associated with the address. This provides plausible deniability to anyone receiving the package as to their knowledge of its contents. Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address. The intended recipient will then retrieve it from that location and hope to remain anonymous.

7. <u>State of Origin.</u> If other criteria are present, I know from experience and training

that domestic packages sent from California, Oregon, Washington, Arizona, Texas, Nevada, Florida, Colorado, and Puerto Rico can indicate that a parcel contains controlled substances.

  8. <u>Additional Indicators</u>. Other factors indicative of drug trafficking that are seen less frequently, but nevertheless noteworthy include:

    a. *Smell*: The odors of cocaine, marijuana, and methamphetamine are distinct, and, through experience, postal inspectors are familiar with these odors. On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine. Other smells that suggest the contents are narcotics are from masking agents. Common masking agents used in an attempt to thwart law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

    b. *Heavy Packaging*: Heavily taped parcels are another factor that will suggest a drug parcel. I have also observed excessive glue on package flaps.

    c. *Shipped from a different zip code than indicated in the return address:* Parcels shipped from a different zip code than indicated in the return address, which is often fictitious, is another indicator I, and other Inspectors, often observe on drug parcels.

    d. *Cryptocurrency*: While the use of cryptocurrency in a transaction is not inherently criminal, taken in conjunction with other factors present, the use of cryptocurrency to pay for postage can be indicative of criminal activity. Criminal actors often use cryptocurrency to maintain anonymity throughout a transaction.

  9. *Currency Parcels:* Based on my training and experience in the field of narcotic interdiction through the mails, I know that there are suspicious characteristics common to many

packages that contain narcotics and controlled substances. In addition to the drugs themselves, the packages often contain other evidence of drug-related crime, including consumer and financial records related to the sale of drugs, notations or instructions relating to the drugs or payments for the drugs, drug paraphernalia, fake prescriptions, and U.S. Currency. Based on my training and experience, I know mail is often used for transportation of large amounts of currency which further the drug trafficking scheme in various forms. Frequently, packages of this kind contain only currency. This is because the trafficker eschews using formal banking practices to avoid detection of the amounts of currency used to further the drug trafficking scheme. These factors, detailed more fully below, are used as a pointer system to identify packages requiring further investigation.

10. It is my experience that when these factors are observed, the alert of a trained canine on the package will follow. As a result, these factors become a reliable way to profile the parcels being mailed.

*Statement of Facts and Circumstances*

11. On November 17, 2025, the following factors or suspicious characteristics were present in the Subject Parcel:

| Subject Parcel: Priority Express/ Priority/Ground/ Registered/ 1st Class | Weight of Parcel | FROM Invalid name/address | Other Suspicious Characteristics |
|---|---|---|---|
| Source Area | Label | TO/Invalid name/address | Canine Alert |
| **Subject Parcel** | | | |
| Priority | 4 lbs., 9.5 oz. | Invalid Address/ Invalid Company | |

6

| Yes | | Invalid Name to Address | Yes- "ARNO" |
|---|---|---|---|

12. On November 17, 2025, law enforcement identified the Subject Parcel as a suspected drug parcel while examining USPS business records. On November 21, 2025, law enforcement intercepted the Subject Parcel to the USPIS for further examination. The Subject Parcel was mailed from a post office located in or around Oroville, California, and paid for using cash. The Subject Parcel is a white USPS box bearing USPS Priority Mail postage. The return address is listed as Cosmetic Solutions, 117 Wilson Street, Farmville, VA 23901. The recipient is listed as Kelse Springer, 6011 Miles Road, Powhatan, VA 23139. California is a known source area for parcels containing controlled substances mailed into the Eastern District of Virginia. Based on your affiant's training and experience, it is very common that narcotics will come from the western part of the United States, California to Virginia.

13. Your Affiant noticed that the parcel return address was Cosmetic Solutions, 117 Wilson Street, Farmville, VA 23901, but was mailed from a post office located in Oroville, California. Your Affiant conducted multiple database searches, namely USPS records, CLEAR and open source, and found that the return address, 117 Wilson Street, Farmville, VA 23901, does not exist. Based on your affiant's training and experience, drug traffickers will often use fake name and address information when mailing parcels containing narcotics to attempt to avoid detection from law enforcement. Your affiant also found that the addressee "Kelse Springer" is not associated with the "to" address, 6011 Miles Road, Powhatan, VA 23139.

14. On November 21, 2025, the Subject Parcel was placed in a blind parcel line-up and subjected to an exterior search. At that time, Virginia State Police Senior Trooper Gabriel

Stewart ("Senior Trooper Stewart"), canine handler, and his narcotics detecting canine "ARNO" were brought into the search area. Senior Trooper Stewart is employed by the Virginia State Police and has been a Police Officer since November 2012. Senior Trooper Stewart has been a canine handler since December of 2021. Senior Trooper Stewart is specifically trained to interpret the reaction of canine "ARNO" in detecting the odor of a controlled substance. Senior Trooper Stewart observed canine "ARNO" alert on the Subject Parcel and then informed me that the canine alerted on the Subject Parcel. Canine "ARNO" did not alert on anything else located in the search area.

### *Reliability of the Narcotic Detector Canine*

15. Senior Trooper Stewart advised this affiant that he and canine "ARNO" were trained by the Virginia State Police Narcotics Training Program. Senior Trooper Stewart and canine "ARNO" were certified as a team after a Canine/Handler course in 2021 under the certification guidelines set forth by the Virginia Police Work Dog Association. Canine "ARNO's" certification was conducted by a Master Trainer from the Virginia Police Work Dog Association in a "single blind" method (where the results are unknown to the handler). Single blind certification ensures that the handler cannot cue the dog, as the handler does not know the results. Canine "ARNO" responds by pointing after the alert has been given. This indicates to Senior Trooper Stewart the odor of cocaine, heroin, ecstasy, hashish, methamphetamine, marijuana, or other items with chemical processing similarities, has been detected. Canine "ARNO" receives monthly re-training of 20 hours with a certified trainer, in addition to 16 hours monthly in daily training exercises conducted by Senior Trooper Stewart. ARNO is also subjected to being recertified on a yearly basis by the Virginia State Police Narcotics Training Program.

16. Canine "ARNO" has a success/reliability rate of 100 percent during certification and training, meaning of the packages he has alerted on during certification and training, 100 percent did, in fact, contain contraband. For all parcels examined in a non-controlled environment, by "ARNO" such as at FedEx, UPS, or USPS, 93 percent did, in fact, contain contraband. Senior Trooper Stewart and canine "ARNO" were recertified in May 2025.

## *Conclusion*

17. I submit that based upon the above indicators exhibited by the Subject Parcel, my training and experience, and the alert of a trained canine on the Subject Parcel, there is probable cause to believe that the above-described Subject Parcel contains narcotics or controlled substances and/or materials or proceeds relating to the distribution of controlled substances through the United States Mail, and that persons unknown have committed violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Use of a Communication Facility in the Commission of a Federal Drug Felony).

_____
Austin Albright
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn before me on this 3RD day of December 2025 at Richmond, Virginia.

_____
/s/ MRC
Hon. Mark R. Colombell
United States Magistrate Judge

9